UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60298-CR-DAMIAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO MICHAEL LOGAN,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION ON CHANGE OF PLEA [ECF NO. 104]

THIS CAUSE came before the Court on Magistrate Judge Jared M. Strauss's Report and Recommendation on Change of Plea, entered on February 12, 2026 [ECF No. 104]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed the Report and Recommendation and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 104]** is **AFFIRMED AND ADOPTED**. Defendant, Antonio Michael Logan's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 1 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 17th day of February, 2026.

                                                        MELISSA DAMIAN
                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Magistrate Judge Jared M. Strauss